Lawrence E. Johnson, appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 34,609.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Alfred Roy Hulbert, for appellant. Fred H. Montgomery, for appellee; Edward C. Craig and Vernon W. Foster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Rosie Edwards, appellee, v. Commonwealth Burial Association, appellant. Gen. No. 34,681.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Harris B. Gaines and Fleetwood M. McCoy, for appellant; Harris B. Gaines, of counsel. Buckner & Pope, for appellee; Otis M. Buckner, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

R. Bernard Kurzon, appellee, v. Sol Rubin, appellant. Gen. No. 34,708.

Heard in the first division of this court for the first district at the October term, 1930. O'Connor, J., dissents. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Henry L. Burman, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Sissa Goransson et al., appellants, v. Cecelia Pfandler and George Pfandler, appellees. Gen. No. 34,717.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Anderson & Anderson, for appellants; G. Bernhard Anderson and James B. Poynton, of counsel. Kahn, Gettleman & Kahn, for appellees; Roy S. Gaskill, of counsel.

Mr. Justice McSurely delivered the opinion of the court.